1  ANDRÉ BIROTTE JR.
   United States Attorney
2  DENNISE D. WILLETT
   Assistant United States Attorney
3  Chief, Santa Ana Branch Office
   ANNE C. GANNON
4  Assistant United States Attorney
   (Cal. State Bar # 214198)
5      Ronald Reagan Federal Bldg. & U.S. District Courthouse
       411 West Fourth Street, 8th Floor
6      Santa Ana, CA 92701
       Telephone:  (714) 338-3548
7      Facsimile:  (714) 338-3561
       anne.gannon@usdoj.gov
8
   Attorneys for Plaintiff
9  United States of America

10                 UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,      )  No. SA 12-266-M
                                   )
14            Plaintiff,           )  GOVERNMENT'S NOTICE OF APPEAL
                                   )  OF RELEASE ORDER AND DISTRICT
15            v.                   )  COURT'S ORDER (WDTX) STAYING
                                   )  RELEASE OF DEFENDANT AND
16  ADAN FARIAS,                   )  ORDERING DEFENDANT BE
                                   )  TRANSFERRED TO THE WESTERN
17            Defendant.           )  DISTRICT OF TEXAS FOR A HEARING
                                   )  ON THE APPEAL; MOTION FOR ORDER
18                                 )  STAYING RELEASE AND DETAINING
                                   )  DEFENDANT; EXHIBITS
19                                 )
                                   )
20                                 )
                                   )
21                                 )
                                   )
22  _____)

         Plaintiff United States of America, by and through the

23  United States Attorney for the Central District of California,

24  hereby files this notice of appeal of release order and district

25  court's order (WDTX) staying release of defendant and ordering

26  defendant be transferred to the Western District of Texas for a

27  hearing on the government's appeal of the release order and

28  \\

1   motion for order staying release, detaining defendant and

2   removing defendant to the Western District of Texas.

3

4

5   DATED: June 13, 2012              Respectfully submitted,

6                                     ANDRÉ BIROTTE JR.
                                      United States Attorney
7
                                      DENNISE D. WILLETT
8                                     Assistant United States Attorney
                                      Chief, Santa Ana Branch Office
9

10

11  _____
                                      ANNE C. GANNON
12                                    Assistant United States Attorney

13                                    Attorneys for Plaintiff
                                      United States of America
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

I

### INTRODUCTION

On or about May 30, 2012, a federal grand jury in the Western District of Texas, Austin Division, returned an indictment charging defendant Adan Farias ("defendant") with a violation of 18 U.S.C. § 1956(h), conspiracy to launder monetary instruments. The indictment alleges the money laundering activities of a notorious and violent drug cartel, Los Zetas. On or about June 12, 2012, defendant was arrested by federal law enforcement in the Central District of California. Later that day, defendant had his initial appearance and detention hearing before Magistrate Judge Marc L. Goldman in the Central District of California. Pretrial Services recommended that defendant be detained. The government filed a written request for detention and proffered the indictment and pretrial services report in support of its request for detention. Magistrate Goldman ordered that defendant be released upon the posting of a $300,000 appearance bond with full deeding of property and subject to electronic monitoring and home detention. Defendant requested that the hearing on any potential waiver of an identity hearing and other rights be continued to June 21, 2012.

On June 13, 2012, the United States Attorney's Office, Western District of Texas, filed a Notice of Appeal and Motion to Stay Magistrate Judge's Order Setting Conditions of Release in the Western District of Texas. See Exhibit A, attached hereto. Later that day, the Honorable Sam Sparks, District Judge, Western District of Texas, issued an order granting the government's

1

1 | motion for a stay and ordered defendant transferred to the
2 | Western District of Texas.  <u>See</u> Exhibit B, attached hereto.

3 |                                  II

4 |                          <u>**LAW & ARGUMENT**</u>

5 |        Defendant should be ordered detained pending the appeal of
6 | the Magistrate Judge's release order in the Western District of
7 | Texas.  "If a person is ordered released by a magistrate
8 | judge...the attorney for the Government may file, with the court
9 | having original jurisdiction over the offense, a motion for the
10 | revocation of the order or amendment of the conditions of
11 | release."  18 U.S.C. § 3145.  "Rule 40 and section 3145...places
12 | the review of the magistrate judge's order in the province of the
13 | district court where the prosecution is pending, and where the
14 | bail status of the defendant ultimately will be determined during
15 | the course of that trial."  <u>United States v. Evans</u>, 62 F.3d 1233,
16 | 1237 (9th Cir. 1995).

17 |        In this case, the indictment charging defendant originated
18 | out of the Western District of Texas.  Therefore, pursuant to 18
19 | U.S.C. § 3145 and <u>Evans</u>, the appeal of the Magistrate Judge's
20 | release order should be heard by the court of original
21 | jurisdiction where the prosecution is pending, that is, the
22 | District Court in the Western District of Texas.

23 |        After the hearing on defendant's remaining rights, defendant
24 | should be order removed forthwith to the Western District of
25 | Texas.  Review of a release order by the court of original
26 | jurisdiction "shall be determined promptly."  18 U.S.C. § 3145.
27 | The United States Attorney's Office in the Western District of
28 | Texas has contacted the United States Marshal's Service to ensure

                                    2

1  that if defendant is detained, the transfer to expedited so the
2  appeal can be heard promptly.

3      The defendant should remain detained pending appeal to the
4  District Court in the Western District of Texas.  A <u>de novo</u>
5  standard of review, not a deferential standard, is applied to
6  a district court's review of a magistrate's bail order.  <u>United</u>
7  <u>States v. Koenig</u>, 912 F.2d 1190, 1192-93 (9th Cir. 1990).  The
8  court in <u>Koenig</u> made clear that the district court's review is
9  independent and that the district court may consider new evidence
10  not presented to the magistrate judge, and may also hold an
11  evidentiary hearing:

12          [In reviewing a magistrate judge's bail order, the
            district court] should review the evidence before the
13          magistrate and make its own independent determination
            whether the magistrate's findings are correct, with no
14          deference.  If the performance of that function makes
            it necessary or desirable for the district judge to
15          hold additional evidentiary hearings, it may do so, and
            its power to do so is not limited to occasions when
16          evidence is offered that was not presented to the
            magistrate.

17  <u>Id.</u> at 1193.
18

19      In this case, defendant in charged in the indictment with a
20  violation of 18 U.S.C. § 1956(h), conspiracy to launder monetary
    instruments, in connection with the activities of a drug cartel.
21
    Defendant should remain detained pending appeal of the release
22
    order to allow the District Court in the Western District of
23
    Texas to conduct a <u>de novo</u> determination of the entire record,
24
    including any additional evidence.  Additionally, the release
25
    order should be stayed until the hearing in the Western District
26
    of Texas where the detention status of defendant will be
27
    determined.  Because defendant has not elected whether to waive
28
    his right to an identity hearing and other rights, the government

3

1  asks that the defendant not be removed to the Western District of
2  Texas until June 21, 2012 or such time as the Court may hold a
3  hearing on his waiver of rights.

4                                   III

5                               CONCLUSION

6       For the reasons set forth herein, the government
7  respectfully requests that the release order be stayed pending
8  the hearing in the Western District of Texas and that defendant
9  be ordered detained pending review of the release order by the
10 District Court in the Western District of Texas.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    4

FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS   2012 JUN 13  PM 3: 08
AUSTIN DIVISION

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

.BY_____

DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. A-12-CR-210(10)-SS |
| | ) | |
| ADAN FARIAS, | ) | |
| | ) | |

## UNITED STATES' NOTICE OF APPEAL AND MOTION TO STAY MAGISTRATE JUDGE'S ORDER SETTING CONDITIONS OF RELEASE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the United States Attorney for the Western District of Texas, by and through the undersigned Assistant United States Attorney, and files this Notice of Appeal and Motion to Stay Central District of California Magistrate Judge's Order Setting Conditions of Release.

At the time of the Defendant's initial appearance, the United States moved to detain the Defendant as both a risk of flight and a danger to the community. The Magistrate Judge heard the motion on June 12, 2012. Pursuant to that hearing the Magistrate Judge ruled that the Defendant should be released on conditions he set forth at the hearing. The United States hereby gives written notice of appeal of the Magistrate Judge's order setting conditions of release and moves for a stay of that order pending this appeal to the Honorable Sam Sparks, District Judge, Western District of Texas, Austin Division, who presides over the Indictment.

On appeal to the District Court, the United States will establish that insufficient evidence was presented by Defendant at the detention hearing to rebut the presumption afforded by 18 U.S.C. § 3142(e) that no condition or combination of conditions will reasonably assure the appearance of the



EXHIBIT
A

Defendant at trial or the safety of the community where, as here, the Defendant is charged by indictment with felony conspiracy to launder monetary instruments. The United States request to file a supplemental brief outlining matters in more specific detail after a transcript of the hearing and a written order is issued by the Magistrate Judge.

Wherefore, premises considered, the United States hereby requests that the Magistrate Judge's order setting conditions of release be stayed pending an appeal and review of this order by the District Court pursuant to 18 U.S.C. § 3145.

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

By: _____

DOUGLAS W. GARDNER
Assistant U.S. Attorney
816 Congress Ave., Suite 1000
Austin, Texas 78701
(512) 916-5858  (FAX) 916-5854

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2012 JUN 13 PM 3: 50

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY

UNITED STATES OF AMERICA

-vs-

CAUSE NO. A-12-CR-210-SS

ADAN FARIAS (10)
FELIPE ALEJANDRO QUINTERO (13)

## ORDER

BE IT REMEMBERED on the 13th day of June 2012 at 3:30 p.m., the United States' "Notice of Appeal and Motions to Stay Magistrate Judge's Order Setting Conditions of Release" [#52 and #53] was received, and after review of the same the Court enters the following orders:

IT IS ORDERED that the motion is GRANTED. Adan Farias and Felipe Alejandro Quintero are defendants in an alleged conspiracy wherein co-defendants are fugitives, and the alleged conspiracy operated in the Republic of Mexico and multiple states in the United States.

Therefore, the undersigned ORDERS that Adan Farias and Felipe Alejandro Quintero be detained and brought to this Court whereby the undersigned will determine whether or not the defendants shall be detained or released and any conditions of release. Adan Farias and Felipe Alejandro Quintero shall remain in the custody of the United States Marshal.

SIGNED this the _13th_ day of June 2012.

UNITED STATES DISTRICT JUDGE

**EXHIBIT**
_B_



## CERTIFICATE OF SERVICE

I, **Christopher Park,** declare:

That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is the Office of United States Attorney, 411 W. Fourth Street, Suite 8000, Santa Ana, California 92701, that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S NOTICE OF APPEAL OF RELEASE ORDER AND DISTRICT COURT'S ORDER (WDTX) STAYING RELEASE OF DEFENDANT AND ORDERING DEFENDANT BE TRANSFERRED TO THE WESTERN DISTRICT OF TEXAS FOR A HEARING ON THE APPEAL; MOTION FOR ORDER STAYING RELEASE AND DETAINING DEFENDANT; EXHIBITS**

| | |
|---|---|
| [ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [ XX] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
| [ ] By email addressed as follows: | [ ] By facsimile as follows: |

**craig@craigwilkelaw.com**

**CRAIG WILKE**
**Law Office of Craig Wilke**
**305 N Harbor Blvd Ste 216**
**Fullerton, CA 92832**

This Certificate is executed on **June 13, 2012,** at Santa Ana, California. I certify under penalty of perjury that the foregoing is true and correct.

**CHRISTOPHER PARK**